UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 18-09548-RGK (PJWx) | Date | November 20, 2018 |
|---|---|---|---|
| Title | *Pacific Maritime Freight, Inc. v. Barge AMECS 1, et al.* | | |

| Present: The Honorable | Patrick J. Walsh, U.S. Magistrate Judge |
|---|---|
| Isabel Martinez | N/A |
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendants: |
|---|---|
| None | None |

**Proceedings:**   Order re: Defendants' Request for an Expedited Hearing  (IN CHAMBERS)

Defendants Ruben Garcia, Advanced Environmental Group, LLC, and Advanced Cleanup Technologies, Inc.'s request for an expedited hearing is granted. A hearing is provisionally set for Monday, November 26, 2018 at 11:00 a.m. in Courtroom 790 of the Roybal Federal Building before Magistrate Judge Patrick J. Walsh. Counsel are ordered to meet in person and try to resolve this matter between now and 5:00 p.m. on Wednesday. If counsel are unable to resolve the matter the hearing will go forward.

O:\PJW\ECF Ready\MO Ds' request for an expedited hearing.wpd

:
Initials of Preparer    IM