NEIL S. LERNER (SBN 134031)
THOMAS M. FEDELI (SBN 314647)
COX WOOTTON LERNER
GRIFFIN & HANSEN LLP
12011 San Vicente Boulevard, Suite 600
Los Angeles, California 90049
Telephone: (310) 440-0020
Facsimile: (310) 440-0015
Email: nsl@cwlfirm.com
tfedeli@cwlfirm.com

Attorneys for Defendants and Counterclaimants,
RUBEN GARCIA, ADVANCED ENVIRONMENTAL GROUP, LLC, and
ADVANCED CLEANUP TECHNOLOGIES, INC.

JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PACIFIC MARITIME FREIGHT, INC. d/b/a PACIFIC TUGBOAT SERVICE,<br><br>Plaintiff,<br><br>vs.<br><br>BARGE AMECS 1 (a/k/a "TIDEMAR") (USCG No. 507460 IMO # 976) her tackle, furnishings, equipment, fixtures, and apparel, *In Rem*; and RUBEN GARCIA, an Individual, ADVANCED ENVIRONMENTAL GROUP, LLC, and ADVANCED CLEANUP TECHNOLOGIES, INC., *In Personam*,<br><br>Defendants. | Case No. 18-cv-09548 RGK (PJWx)<br><br>**IN ADMIRALTY**<br><br>**[PROPOSED] ORDER DISMISSING ENTIRE ACTION WITHOUT PREJUDICE** |

The Court, having reviewed the Joint Stipulation to Dismiss the Entire Action without Prejudice, executed by counsel for all parties, as well as the pleadings and other filings in this action, and good cause appearing therefor, it is therefore hereby

ORDERED, that this action be and hereby is dismissed without prejudice.

IT IS ORDERED.

DATED: October 25, 2019

*/s/ Gary Klausner*
_____
R. GARY KLAUSNER
JUDGE OF THE UNITED STATES
DISTRICT COURT

COX, WOOTTON, LERNER
12011 SAN VICENTE BOULEVARD, SUITE 600
LOS ANGELES, CALIFORNIA 90049
TELEPHONE 310-440-0020